# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN BRAUN, ) | CASE NO.: 2:19-CV-00219-JAK-RAO |
| ) | |
| Plaintiff, ) | **ORDER RE: STIPULATION FOR** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| RAYTHEON COMPANY, and DOES ) | **JS-6** |
| 1 through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED, that the Stipulation to dismiss this action is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), the above-captioned action is hereby dismissed, in its entirety, *with prejudice*, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 4, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE